Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-407-559**

**Effective Date of Registration:**
May 13, 2024
**Registration Decision Date:**
August 14, 2024

---

## Title

        **Title of Work:** Don't Stop

## Completion/Publication

    **Year of Completion:** 2017
   **Date of 1st Publication:** September 25, 2017
 **Nation of 1st Publication:** Austria

## Author

-          **Author:** Barbara Hollaus
     **Pseudonym:** Barlena
 **Author Created:** 2-D artwork
      **Citizen of:** Austria
  **Pseudonymous:** Yes

## Copyright Claimant

  **Copyright Claimant:** Barbara Hollaus
                           Dornaustr. 602, Mayrhofen, 6290, Austria

## Rights and Permissions

        **Name:** Barbara Hollaus
        **Email:** mail2barbara@gmx.at
     **Address:** Dornaustr. 602
                  Mayrhofen 6290 Austria

## Certification

        **Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-407-610**

**Effective Date of Registration:**
May 13, 2024
**Registration Decision Date:**
August 14, 2024

---

## Title

        **Title of Work:** The Coffee

## Completion/Publication

        **Year of Completion:** 2018
        **Date of 1st Publication:** June 03, 2018
        **Nation of 1st Publication:** Austria

## Author

-         **Author:** Barbara Hollaus
        **Pseudonym:** Barlena
        **Author Created:** 2-D artwork
        **Citizen of:** Austria
        **Pseudonymous:** Yes

## Copyright Claimant

        **Copyright Claimant:** Barbara Hollaus
        Dornaustr. 602, Mayrhofen, 6290, Austria

## Rights and Permissions

        **Name:** Barbara Hollaus
        **Email:** mail2barbara@gmx.at
        **Address:** Dornaustr. 602
        Mayrhofen 6290 Austria

## Certification

        **Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-407-608**

**Effective Date of Registration:**
May 13, 2024
**Registration Decision Date:**
August 14, 2024

---

## Title

**Title of Work:** The Eye Roll

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** February 05, 2018
**Nation of 1st Publication:** Austria

## Author

- **Author:** Barbara Hollaus
  **Pseudonym:** Barlena
  **Author Created:** 2-D artwork
  **Citizen of:** Austria
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Barbara Hollaus
Dornaustr. 602, Mayrhofen, 6290, Austria

## Rights and Permissions

**Name:** Barbara Hollaus
**Email:** mail2barbara@gmx.at
**Address:** Dornaustr. 602
Mayrhofen 6290 Austria

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-407-601**

**Effective Date of Registration:**
May 13, 2024
**Registration Decision Date:**
August 14, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | The Pizza |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | February 12, 2018 |
| **Nation of 1st Publication:** | Austria |

## Author

| | |
|---|---|
| **Author:** | Barbara Hollaus |
| **Pseudonym:** | Barlena |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Austria |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Barbara Hollaus |
| | Dornaustr. 602, Mayrhofen, 6290, Austria |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Barbara Hollaus |
| **Email:** | mail2barbara@gmx.at |
| **Address:** | Dornaustr. 602 |
| | Mayrhofen 6290 Austria |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

